## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HORACE CLAIBORNE, SONJIA MONIQUE BOWLIN, TYSHAWN WALKER, WILLIE SEALS, FREDERICK EPPICH, JEROME SCHOOLFIELD, KRISTINA TRAVIS, JEREMY WINKELS, ARTHUR FOSTER III, ERNESTO DIAZ, GERALD GENSOLI, and THOMAS DEPPIESSE,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>    Defendant. | No. 18-cv-1698<br><br>Judge Robert J. Colville |

### ORDER OF COURT

AND NOW, this 29th day of September, 2025, upon consideration of the "Motion on Misjoinder, Change of Venue, and Separate Trials" (ECF No. 553) filed by Defendant, and for the reasons set forth in this Court's Memorandum Opinion of the same date, it is hereby ORDERED that the Motion is granted. The Court hereby severs the individual Plaintiff's claims. Plaintiffs' claims shall be transferred to the following forums:

- Plaintiff Horace Claiborne's claims are transferred the United States District Court for the Middle District of North Carolina.

- Plaintiff Sonjia Monique Bowlin's claims are transferred the United States District Court for the Western District of Arkansas.

- Plaintiff Tyshawn Walker's claims are transferred the United States District Court for the District of Connecticut.

- Plaintiff Willie Seals's claims are transferred the United States District Court for the Southern District of Illinois.

- Plaintiff Frederick Eppich's claims are transferred the United States District Court for the District of Maine.

- Plaintiff Jerome Schoolfield's are transferred the United States District Court for the District of Maryland.

- Plaintiff Kristina Travis's claims are transferred the United States District Court for the Eastern District of Michigan.

- Plaintiff Jeremy Winkels's claims are transferred the United States District Court for the District of Minnesota.

- Plaintiff Arthur Foster III's claims aims are transferred the United States District Court for the District of New Jersey.

- Plaintiff Ernesto Diaz's claims are transferred the United States District Court for the District of Oregon.

- Plaintiff Gerald Gensoli's claims are transferred the United States District Court for the District of Vermont.

- Plaintiff Thomas Deppiesse's claims are transferred the United States District Court for the Western District of Wisconsin.

This case is hereby marked as closed.

BY THE COURT:

*/s/Robert J. Colville*
Robert J. Colville
United States District Judge

cc: All counsel of record