# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HORACE CLAIBORNE, SONJIA MONIQUE BOWLIN, TYSHAWN WALKER, WILLIE SEALS, FREDERICK EPPICH, JEROME SCHOOLFIELD, KRISTINA TRAVIS, JEREMY WINKELS, ARTHUR FOSTER III, ERNESTO DIAZ, GERALD GENSOLI, and THOMAS DEPPIESSE,<br><br>        Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>        Defendant. | CIVIL ACTION<br><br>No. 2:18-cv-01698-RJC<br><br>**FEDEX'S MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF WILLIE SEALS** |

Pursuant to Federal Rule of Civil Procedure 56 and LCvR 56, Federal Express Corporation ("FedEx"), successor by merger to FedEx Ground Package System, Inc., moves for summary judgment against Willie Seals on his sole remaining claim: alleged unpaid overtime in violation of the Fair Labor Standards Act ("FLSA").

FedEx is entitled to summary judgment for the reasons stated in FedEx's accompanying memorandum in support of this motion and as summarized below:

| Claimed Damages Period | Basis for Summary Judgment |
| --- | --- |
| August 5, 2018 – February 2, 2020 | Seals has not shown he was eligible for overtime pay under the small vehicle exception to FLSA's motor carrier exemption. |
| October 14, 2017 – August 4, 2018 | Seals' claim for damages that accrued before August 5, 2018, is time barred by the FLSA's two-year statute of limitations. |

FedEx respectfully requests that the Court grant this motion and enter summary judgment for FedEx against Plaintiff Seals. Alternatively, to the extent any of Seals' claim for damages survives summary judgment, FedEx is entitled to a legal determination under Federal Rule of Civil Procedure 56(d) concerning the proper method of calculating Seals' alleged damages, if any.[1]

---

[1] It is reasonable for this Court to reserve a decision on this motion and have the actual trial court decide it if this Court transfers Mr. Seals' case, pursuant to FedEx's request in its pending misjoinder motion.

Dated:  January 3, 2025                                    Respectfully submitted,


                                                         *s/ Jessica G. Scott*
                                                         Jessica G. Scott (CO 37287) (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:     303.244.1846
Facsimile:     303.244.1879
scott@wtotrial.com

Joseph P. McHugh (PA 77489)
Shanicka L. Kennedy (PA 88306)
Federal Express Corporation
1000 FedEx Drive
Moon Township, PA  15108
Telephone:    412.859.5917
Telephone:    412.859.5792
Facsimile:    412.859.5413
joseph.mchugh@fedex.com
shanicka.kennedy@fedex.com

Attorneys for Federal Express Corporation, successor by merger to FedEx Ground Package System, Inc.

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on January 3, 2025, I electronically filed the foregoing **FEDEX'S MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF WILLIE SEALS** with the clerk of court using the CM/ECF system, which will send notification of such filing to the following email addresses**:**

- **Jeremy Edward Abay**
  jabay@llrlaw.com

- **CAUBLE ENTERPRISES, INC.**
  john@johnsonschneider.com

- **Matthew Carrieri**
  mcarrieri@llrlaw.com

- **Natalie R. Colao**
  colao@wtotrial.com

- **Krysten Leigh Connon**
  kconnon@llrlaw.com

- **Meghan Darby**
  darby@wtotrial.com, lescano@wtotrial.com

- **Thomas Dec**
  dec@wtotrial.com, christman@wtotrial.com

- **Jessica Elyse Eller**
  eller@wtotrial.com

- **Brian Gonzales**
  bgonzales@coloradowagelaw.com

- **Mark J. Gottesfeld**
  mgottesfeld@winebrakelaw.com

- **Sean S Kelly**
  skelly@rbslaw.com, kbasta@rbslaw.com

- **Shanicka L. Kennedy**
  shanicka.kennedy@fedex.com

- **Harold Lichten**
  hlichten@llrlaw.com, courth@llrlaw.com

- **Shannon Liss-Riordan**
  sliss@llrlaw.com, courts@llrlaw.com

1

- **Joseph P. McHugh**
  joseph.mchugh@fedex.com, dawn.miller@fedex.com, amy.chambers@fedex.com

- **Andrew H Myers**
  myers@wtotrial.com, keitlen@wtotrial.com, halvorsen@wtotrial.com

- **Nick A. Nykulak**
  nnykulak@rbslaw.com, kbasta@rbslaw.com

- **Juan S. Ramirez**
  ramirez@wtotrial.com

- **David Schaller**
  schaller@wtotrial.com

- **John R Schneider**
  sasha@johnsonschneider.com

- **Jessica Goneau Scott**
  scott@wtotrial.com, umaguing@wtotrial.com

- **Michelle Tolodziecki**
  mtolodziecki@winebrakelaw.com

- **Iva Velickovic**
  velickovic@wtotrial.com

- **Celyn Whitt**
  whitt@wtotrial.com

- **Peter Winebrake**
  pwinebrake@winebrakelaw.com

- **Frederick R Yarger**
  yarger@wtotrial.com

*s/ Jessica G. Scott*