UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIE SEALS,

       Plaintiff,

   v.

FEDERAL EXPRESS CORPORATION,
successor to FedEx Ground Package System, Inc.,

       Defendant.

Case No. 25-cv-1914-JPG

## JUDGMENT

This matter having come before the Court, and the plaintiff having accepted an offer of judgment pursuant to Federal Rule of Civil Procedure 68,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Willie Seals and against defendant Federal Express Corporation, successor by merger to FedEx Ground Package System, Inc., in the amount of $15,000 in damages and $25,000 in attorneys' fees, for a total judgment in the amount of $40,000 without further pre-judgment interest, costs, or attorneys' fees.

**MONICA A. STUMP, Clerk of Court**

**Dated:  June 10, 2026**

_____
**DEPUTY CLERK**

**Approved:** _____
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**